[No. 20061-9-II.    Division Two.    August 1, 1997.]

CHARLES L. WEATHERLY, ET AL., *Respondents*, v.
ALTON C. SWANSON, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 94-2-00171-9, Richard J. Thorpe, J., entered October 2, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.


[No. 20067-8-II.    Division Two.    August 1, 1997.]

*In the Matter of the Marriage of* CHRISTENA
VANDELAARSCHOT, *Respondent*, and THOMAS
VANDELAARSCHOT, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 88-3-00356-6, H. John Hall, J., entered September 22, 1995. *Reversed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Seinfeld, JJ.


[No. 20233-6-II.    Division Two.    August 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
ALLEN DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-01786-0, Roger A. Bennett, J., entered December 20, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.


[No. 20349-9-II.    Division Two.    August 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
FRANCISCO CORTEZ-HERNANDEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-05235-7, David E. Foscue, J., entered February 5, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Seinfeld, J.